**Keith W. DODGSON, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE,**
**Appellee.**

Supreme Court of Pennsylvania.

April 15, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.